UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:12-CR-121H-002
NO. 7:12-CR-121H-001

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| JUSTIN LEE ROOKS | ) | |
| MICHAEL THOMAS BARTLETT | ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 66 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

_____
THE HONORABLE MALCOLM J. HOWARD
Senior U.S. District Judge