IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:12-CR-121-H

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) **ORDER** |
| MICHAEL THOMAS BARTLETT, | ) |
| Defendant. | ) |

This matter is before the court on defendant's pro se motion for early termination of supervised release. Jurisdiction in this matter was transferred to the District of South Carolina in December 2016. Therefore, any motion for early termination should be filed in the District of South Carolina. This motion is dismissed as moot.

This 6th day of November 2018.

_____
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26